**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MICHELLE PUENTE,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 2:24-CV-274** |
| | § | |
| **PORT OF CORPUS CHRISTI** | § | |
| **AUTHORITY OF NUECES COUNTY,** | § | |
| **TEXAS,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**

NOW COMES Defendant, Port of Corpus Christi Authority of Nueces County, Texas ("Defendant" or "PCCA"), a conservation and reclamation district and political subdivision of the State of Texas operating as a navigation district under Article XVI, Section 59 of the Texas Constitution and the laws of the State of Texas, particularly Chapters 60 and 62 of the Texas Water Code, sued herein as Port of Corpus Christi, and pursuant to 28 U.S.C. § 1441(a) and (c) files this Notice of Removal to Federal Court ("Removal"). In support hereof, Defendant shows this Court as follows:

I.

On September 25, 2024, Plaintiff Michelle Puente filed her Original Petition, Case No. 2024CCV-61156-2, *Michelle Puente vs. Port of Corpus Christi*, in Nueces County Court at Law No. 2. Refer to Exhibit A, Plaintiff's Original Petition and Requests for Disclosure ("Petition"). On November 1, 2024, Defendant was served with Plaintiff's Original Petition, and on November 18, 2024, filed its Original Answer thereto. Refer to Exhibit B, Citation and Return of Service and Exhibit C, Defendant's Original Answer to Plaintiff's Original Petition.

Plaintiff, formerly employed as an accounts payable specialist, alleges she was wrongfully terminated by Defendant because of her age in violation of the Age Discrimination in Employment Act and because of her race, national origin, and ethnicity in violation of Title VII of the Civil Rights Act of 1964. Refer to Exhibit A, Plaintiff's Original Petition at ¶¶ 19-22, 29-32. As Plaintiff asserts discrimination claims arising under federal law, this Court has original jurisdiction over said claims pursuant to 28 U.S.C. § 1331 and removal to this Court of Plaintiff's lawsuit is proper pursuant to 28 U.S.C. § 1441(a). *See* 28 U.S.C. § 1331, 28 U.S.C. § 1441(a).

II.

In addition to the federal law discrimination claims, Plaintiff asserts claims under Chapter 21 of the Texas Labor Code of alleged wrongful termination because of her age, race, national origin, and ethnicity. Refer to Exhibit A, Plaintiff's Original Petition at ¶ 23-27, 29-32. Because this Removal is based upon federal question jurisdiction, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over Plaintiff's state law claims.

III.

In accordance with 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule 81, this Removal is accompanied by an Index of Matters Being Filed (Exhibit D), a List of Parties and Counsel of Record (Exhibit E), and a List of State Court Pleadings (Exhibit F) with copies of the required documents attached.

IV.

This Notice of Removal is filed with this Court within thirty (30) days after Defendant's receipt by service on November 1, 2024 of Plaintiff's Original Petition. *See* 28 U.S.C. § 1446(b).

V.

2

A jury demand was not made by Plaintiff in her Original Petition. Refer to Exhibit A, Plaintiff's Original Petition.

VI.

Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Removal, a copy of same is being filed with the Clerk of County Court at Law No. 2, Nueces County, Texas.

VII.

Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Removal, written notice of its filing is being given to all parties as required by law.

VIII.

WHEREFORE, Defendant Port of Corpus Christi Authority of Nueces County, Texas prays that Plaintiff's lawsuit be removed from County Court at Law No. 2 of Nueces County, Texas to this Court.

Respectfully submitted,


By: */s/ Liza Aguilar Wood*
Liza Aguilar Wood
*Attorney-In-Charge*
Federal ID No. 23222
State Bar No. 24006741
laguilarwood@mmjw-law.com
James McKibben
*Of Counsel*
Federal ID No. 914
State Bar No. 13713000
jmckibben@mcv-law.com
McKIBBEN, MARTINEZ, JARVIS & WOOD, L.L.P.
1100 Tower II
555 N. Carancahua, Ste. 1100
Corpus Christi, Texas  78401-0841
Telephone: 361.882.6611

Facsimile: 361.883.8353

**ATTORNEYS FOR DEFENDANT**
**PORT OF CORPUS CHRISTI AUTHORITY**
**OF NUECES COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record on this 19th day of November, 2024, via ECF electronic notice in compliance with Federal Rule of Civil Procedure 5 and the Southern District of Texas's Administrative Procedures for Electronic Filing in Civil and Criminal Cases at ¶ 9:

**VIA E-FILING**
Jon D. Brooks
Brooks LLP
5350 South Staples Street, Suite 444
Corpus Christi, Texas 78411
jbrooks@brooksllp.com


                                        */s/ Liza Aguilar Wood*
                                        Liza Aguilar Wood